**Richard Anthony KAMINSKY, also known as Richard Anthony Kaminsky, D.O., also known as Dr. Richard Anthony Kaminsky, Appellant,**

v.

**SAINT LOUIS UNIVERSITY SCHOOL OF MEDICINE, Appellee.**

**No. 06–3139.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 14, 2007.

Filed: June 26, 2007.

Richard Anthony Kaminsky, Belleville, IL, pro se.

Robert James Golterman, Neal F. Perryman, Jennifer E. Behm, Lewis & Rice, St. Louis, MO, for Appellee.

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Dr. Richard Kaminsky appeals the district court's [1] adverse grant of summary judgment in his Americans with Disabilities Act, 42 U.S.C. § 12112(a), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e–2000e–17, suit against Saint Louis University School of Medicine (SLU). Upon careful de novo review, *see Ferguson v. United States,* 484 F.3d 1068, 1072 (8th Cir.2007), we find no reversible error of fact or law. Even if Dr. Kamin-

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

sky had been able to establish a prima facie case of discrimination, SLU proffered sufficient nondiscriminatory reasons for its actions that Dr. Kaminsky failed to rebut as pretextual. *See Freeman v. Fahey,* 374 F.3d 663, 666 (8th Cir.2004). Accordingly, we affirm based upon the district court's well-reasoned and thorough order. *See* 8th Cir. R. 47B.